August 31, 2007

Mr. Joel Randall Sharp
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2799

Mr. Hector Antonio Canales
Canales & Simonson, P.C.
P.O. Box 5624
Corpus Christi, TX 78465-5624
Honorable Alex W. Gabert
Judge, 229th District Court
P.O. Box 726
Rio Grande City, TX 78582

RE: Case Number: 03-1059
 Court of Appeals Number: 04-03-00424-CV
 Trial Court Number: DC-02-223

Style: IN RE MERRILL LYNCH TRUST COMPANY FSB, HENRY MEDINA, AND
 MEDINA & MEDINA GROUP

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam in
the above-referenced cause. The Motion for Leave to File Supplement Brief
on the Merits is denied. The stay order issued November 20, 2003 is
lifted. (Justice Green not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Richard |
| |Barton |
| |Mr. Keith E. |
| |Hottle |